Z. Kathryn Branson, Esq., Bar No. 11540
Amanda M. Browder, Esq. Admitted *Pro Hac Vice*
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway, Suite 300
Las Vegas, NV 89169.5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kbranson@littler.com
abrowder@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CARRIEL KING,

Plaintiff,

v.

AMAZON.COM SERVICES LLC; and DOES 1-50, inclusive,

Defendants.

Case No. 2:24-cv-01499-RFB-MDC

**STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE REPLY IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS**

(Assigned to the Honorable Maximiliano Couvillier, III)

Plaintiff Carriel King ("Plaintiff") and Defendant Amazon.com Services LLC ("Defendant"), by and through counsel undersigned, hereby agree and stipulate to extend the time for Defendant to file the Reply in Support of its Partial Motion to Dismiss Plaintiff's Complaint ("Reply") from the current deadline of September 11, 2024, up to and including **September 18, 2024**.

This requested extension is necessary to provide Defendant additional time to complete and finalize the Reply in light of scheduling conflicts.

. . .

. . .

. . .

This is the first extension requested in this matter. It is not intended to cause delay or undue burden but rather is made in good faith.

Dated: September 11, 2024

RAFII & ASSOCIATES, P.C.

*/s/Jason Kuller*
Jason Kuller, Esq.
Rachel Mariner, Esq.
Shay Digenan, Esq.

Attorneys for Plaintiff

Dated: September 11, 2024

LITTLER MENDELSON, P.C.

*/s/Amanda M. Browder*
Z. Kathryn Branson, Esq.
Amanda M. Browder, Esq.

Attorneys for Defendant

**IT IS SO ORDERED.**

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12 of September 2024.

4877-7179-1587.2 / 114766-1208

LITTLER MENDELSON, P.C.
3960 Howard Hughes Pkwy
Suite 300
Las Vegas, NV 89169.5937
702.862.8800