1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8

Carriel King

Case #2:24-cv-01499-RFB-MDC

9

10                    Plaintiff(s),

11          vs.

12    Amazon.com Services, LLC

13

14                    Defendant(s).

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

15

16          _____Roberto Montes, Jr._____, Petitioner, respectfully represents to the Court:
                          (name of petitioner)

17

18          1.      That Petitioner is an attorney at law and a member of the law firm of

19          _____RAFII & ASSOCIATES, P.C._____
                                          (firm name)

20    with offices at _____9100 Wilshire Boulevard, Suite 465E_____,
                                          (street address)

21    _____Beverly Hills_____, _____California_____, ____90212____,
              (city)                        (state)              (zip code)

22

23    _____310-777-7877_____, _____Robert@rafiilaw.com_____.
        (area code + telephone number)        (Email address)

24

25          2.      That Petitioner has been retained personally or as a member of the law firm by

26    _____Carriel King_____ to provide legal representation in connection with
                    [client(s)]

27    the above-entitled case now pending before this Court.

28

Rev. 5/16

3.     That since _____ 06/08/1992 _____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____ California _____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court - Central District of CA | | 159137 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

> Inactive license of State Bar of California for failure to comply with minimum continuing legal
> education requirements, effective September 1, 2001, petitioner was suspended from practice of
> law in California for nonpayment of State Bar licensing fees. Petitioner was reinstated October 29,
> 2001 to ACTIVE status.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None

7.      That Petitioner is a member of good standing in the following Bar Associations.

California Employment Law Association
American Inns of Court - Los Angeles

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 9/5/2023 | A-23-873467-C | District Court Clark County | Granted |
| 9/5/2023 | A-23-869947-C | District Court Clark County | Granted |
| 1/4/2024 | 2:23-cv-1653 | Nevada District Court | Granted |
| 1/31/2024 | 2:23-cv-01845 | Nevada District Court | Granted |
| 2/1/2024 | 2:23-cv-01850 | Nevada District Court | Granted |
| 3/19/2024 | 2:23-cv-02132 | Nevada District Court | Granted |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2   FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                    Petitioner's signature

  STATE OF Nevada            )

5                               )

  COUNTY OF        Clark     )

6

7          Roberto Montes     , Petitioner, being first duly sworn, deposes and says:

8   That the foregoing statements are true.

9                                                    Petitioner's signature

10  Subscribed and sworn to before me this

11  3rd    day of   September     2024   .

12

13  _____

14             Notary Public or Clerk of Court

15

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
       **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18      Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

  believes it to be in the best interests of the client(s) to designate    Jason Kuller    ,

19                                       (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23               1120 N. Town Center Dr., Suite 130      ,
                      (street address)

24

25       Las Vegas      ,  Nevada           89144    ,
       (city)           (state)         (zip code)

26     725-245-6056     ,    Jason@rafiilaw.com    .
  (area code + telephone number)    (Email address)

27

28                             4                       Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Jason Kuller _____ as
                                                    (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Carriel King
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12244                          Jason@rafiilaw.com
_____
Bar number                   Email address

APPROVED:

Dated: this __11__ day of __October__, 20_24_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# THE STATE BAR OF CALIFORNIA
# CERTIFICATE OF STANDING

July 10, 2024

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, ROBERTO MONTES JR., #159137 was admitted to the practice of law in this state by the Supreme Court of California on June 8, 1992; that from the date of admission to September 1, 2001, they were an ACTIVE licensee of the State Bar of California; that effective September 1, 2001, they were enrolled as an INACTIVE licensee of the State Bar of California for failure to comply with minimum continuing legal education requirements; that effective September 1, 2001, they were suspended from the practice of law in California by order of the Supreme Court for nonpayment of State Bar licensing fees;  that said suspension remained in effect to October 29, 2001; that the INACTIVE status enrollment which commenced on September 1, 2001 ended on October 29, 2001 on which date they were reinstated to the ACTIVE status; that they have been since that date, and are at date hereof, an ACTIVE licensee of the State of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Vicky Avila
Custodian of Records

## STATEMENT OF ADDITIONAL APPLICATIONS

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 07/15/24 | 2:24-CV-00908-APG-DJA | Nevada District Court | Granted |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT RESULTS

**STATEMENT OF ADDITIONAL APPLICATIONS**

**AFFIDAVIT OF ROBERT MONTES, JR. IN SUPPORT OF VERIFIED PETITION**

**FOR PERMISSION TO PRACTICE IN THIS CASE**

I, <u>Robert Montes, Jr.,</u> declare as follows:

1.      I am an attorney duly admitted to practice before this Court and all the Courts of the State of California. I am attorney with the law firm of Rafii & Associates, P.C., counsel of record for Plaintiff Carriel King.

2.      I submit this Affidavit in Support of the Verified Petition for Permission to Practice on the instant matter.  I have personal knowledge of the facts set forth herein, except as to those stated on information and belief and, as to those, I am informed and believe them to be true.  If called as a witness, I could and would competently testify to the matters stated herein.

3.      Rafii & Associates, P.C., ("Firm") opened a Nevada office in Las Vegas, Nevada, in September 2022.  Since the Firm opened it has hired 3 attorneys who are actively practicing on the Firm's cases. As head the Firm's Employment Practice I have been actively seeking to hire additional attorneys given the Firm's current case list.  Unfortunately, the Firm has been unable to find suitable candidates.

4.      As such I have been admitted to practice on seven cases as provided in Paragraph 8, and assisted the Las Vegas office.

5.      I registered for the July 2024 bar, but given my responsibilities (both practicing and administrative), I have had to withdraw that application and plan on taking the February 2025 bar exam.


DATED: September 12, 2024              **RAFII & ASSOCIATES, P.C.**


                                                      <u>*/s/ Robert Montes*</u>
                                                      Robert Montes, Jr.
                                                      Jason Kuller
                                                      *Attorneys for Plaintiff*

**AFFIDAVIT OF ROBERT MONTES, JR. IN SUPPORT OF VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE**

RAFII & ASSOCIATES, P.C.
EXCELLENCE | COMMITMENT | RESULTS