**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Carriel King, | 2:24-cv-01499-RFB-MDC |
| Plaintiff, | |
| vs. | **ORDER DENYING STIPULATION** |
| Amazon.com Services, LLC, | |
| Defendant. | |

**IT IS ORDERED** that the *Stipulated Protective Order* (ECF No. 35) is **DENIED WITHOUT PREJUDICE**. The Court cannot accept the stipulation requirements to bind the Court and its personnel to the terms of the stipulation under Paragraph 6.b.6., including returning documents required by Paragraph 20 (requiring "any persons authorized by this Protective Order to receive documents" to return said documents). Finally, regarding Paragraph 12, any discovery disputes, including disputes regarding designation of materials as confidential, must be resolved according to the Court's 09/09/24 Standing Order (ECF No. 16). The parties may file an amended stipulation conforming to the foregoing.

DATED this 3rd day of April 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge