Z. Kathryn Branson, Esq.
Bar No. 11540
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
Telephone:    702.862.8800
Fax No.:        702.862.8811
kbranson@littler.com

Amanda M. Breemes, Esq.
*Pro Hac Vice* Admitted
LITTLER MENDELSON, P.C.
2425 East Camelback Road
Suite 900
Phoenix, AZ 85016-422
Telephone:  602.474.3616
abreemes@littler.com

Attorneys for Defendant
AMAZON.COM SERVICES LLC

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| CARRIEL KING, | Case No. 2:24-cv-01499-RFB-MDC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| AMAZON.COM SERVICES LLC; and DOES 1-50, inclusive, | |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff CARRIEL KING ("Plaintiff") and Defendant AMAZON.COM SERVICES LLC ("Defendant") (collectively, "Parties"), by and through their undersigned counsel, respectfully request that the Court approve this Stipulation seeking dismissal of this civil action with prejudice.  The Parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that

///

///

///

///

each party shall bear its own fees, costs and expenses for the claims dismissed by this Stipulation and Order.

Dated: February 3, 2026

s/ Robert Montes, Jr. (w/ permission)          s/ Amanda Breemes
JASON KULLER, ESQ.                             Z. KATHRYN BRANSON, ESQ.
RACHEL MARINER, ESQ.                           AMANDA M. BREEMES, ESQ.
ROBERT MONTES, JR., ESQ.
                                               LITTLER MENDELSON, P.C.
RAFII & ASSOCIATES, P.C.
                                               Attorneys for Defendant
Attorneys for Plaintiff                        AMAZON.COM SERVICES LLC
CARRIEL KING

### ORDER

Good cause appearing, **IT IS HEREBY ORDERED** the foregoing stipulation (ECF No. 42) is **GRANTED.** This case is **DISMISSED** with prejudice, with each party bearing its own fees, costs, and expenses.

The Clerk of Court is kindly instructed to enter judgment accordingly and close this case.

**DATED:** February 3, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV  89113.4770
702.862.8800

2

4920-8565-2361.1 / 114766.1208